**DISMISS and Opinion Filed April 13, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00002-CV**

**THE HERITAGE PUB COMPANY, LLC AND MARIUS DONNELLY,**
**Appellants**
**V.**
**CPUS MOCKINGBIRD, LP, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-00185**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Garcia

Before the Court is appellants' motion requesting dismissal of the appeal.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230002F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THE HERITAGE PUB COMPANY, LLC AND MARIUS DONNELLY, Appellants

No. 05-23-00002-CV     V.

CPUS MOCKINGBIRD, LP, Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-00185. Opinion delivered by Justice Garcia. Justices Pedersen, III and Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CPUS MOCKINGBIRD, LP recover its costs of this appeal from appellants THE HERITAGE PUB COMPANY, LLC AND MARIUS DONNELLY.

Judgment entered April 13, 2023